[Crim. No. 898. Third Appellate District.—February 7, 1927.]

THE PEOPLE, Respondent, v. HARRY YOUNG, Appellant.

[1] CRIMINAL LAW—APPEAL—ABSENCE OF APPEARANCE.—In a criminal case, where no brief is filed on behalf of the appellant, and the case is regularly placed on the calendar more than one year after the filing of the transcript, and no appearance is made for appellant at the time the case is called for oral argument, the judgment will be affirmed pursuant to the provisions of section 1253 of the Penal Code.

(1) 17 C. J., p. 364, n. 28 New.

APPEAL from a judgment of the Superior Court of Sacramento County. Charles O. Busick, Judge. Affirmed.

The facts are stated in the opinion of the court.

No appearance for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—[1] The transcript on appeal was filed in this court December 8, 1925. No brief has been filed in behalf of appellant. The case was regularly placed on the February calendar for oral argument. No appearance was made for appellant at the time the case was called for hearing. Pursuant to the provisions of section 1253 of the Penal Code, the judgment is affirmed.